**Order entered October 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00993-CV

## GALE C. HUTCHINSON AND JENNIFER A. HUTCHINSON, Appellants

## V.

## JUDGE MIKE YARBROUGH AND HP TEXAS LLC DBA HYPERION HOMES, Appellees

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01011-2016**

## ORDER

We **DENY** appellee Judge Mike Yarbrough's October 4, 2016 motion to dismiss appeal for want of prosecution.

/s/    CRAIG STODDART
         JUSTICE